# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Linda J. Pisano | : | Chapter 13 |
| a/k/a Linda J. Aungst | : | |
| 216 Sylvania Avenue | : | |
| Folsom, PA 19033 | : | Case Number 21-13027-amc |

## **CONSENT ORDER**

The relief set forth on the following page is hereby ORDERED.

Dated: _____

_____
Honorable Ashely M. Chan United
States Bankruptcy Judgment

**Date: April 1, 2022**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Linda J. Pisano  :  Chapter 13
a/k/a Linda J. Aungst  :
216 Sylvania Avenue  :
Folsom, PA 19033  :  Case Number 21-13027-amc

## CONSENT ORDER

Creditor, Sun East Federal Credit Union, and Debtor, Linda J. Pisano a/k/a Linda J. Aungst, hereby agree to the following:

ORDERED that the creditor herein is allowed to file a Proof of Claim within thirty (30) days from the date that said Order has been filed and same shall be considered timely; and

It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.

HEREBY AGREED AND CONSENTED TO BY:

_____     _____
GREGORY J. ALLARD, ESQUIRE            BRAD SADEK, ESQUIRE
Attorney for Sun East Federal Credit Union   Attorney for Debtor

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Linda J. Pisano | : | Chapter 13 |
| a/k/a Linda J. Aungst | : | |
| 216 Sylvania Avenue | : | |
| Folsom, PA 19033 | : | Case Number 21-13027-amc |

## APPLICATION TO FILE A LATE PROOF OF CLAIM

I, Gregory J. Allard, Esquire, represent Sun East Federal Credit Union, Creditor in the above-captioned matter.

Sun East Federal Credit Union extended credit to the debtor in the form of a MasterCard account. Debtor filed bankruptcy on November 8, 2021. The deadline for filing a Proof of Claim was January 18, 2022. The creditor, Sun East Federal Credit Union, missed the deadline to file a Proof of Claim.

The parties herein have consented to allow the Creditor, Sun East Federal Credit Union, to file a Late Proof of Claim and have submitted a Consent Order to the Court.

I certify under penalty of perjury that the foregoing statements are true.

WATSON & ALLARD, PC

BY: /s/ Gregory J. Allard
Gregory J. Allard, Esquire
Attorney for Sun East Federal Credit Union