United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13027-amc |
| Linda J. Pisano | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 01, 2022 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda J. Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648731 | | Sun East Federal Cr Un, Duttons Mill &, Aston, PA 19014 |
| 14680459 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Apr 02 2022 01:09:30 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:31 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 02 2022 01:09:00 | PNC Bank, N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| NONE | *+ | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022                                    Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Linda J. Pisano brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| GREGORY J. ALLARD | on behalf of Sun East Federal Credit Union gregory.allard@watsonandallard.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Linda J. Pisano | : | Chapter 13 |
| a/k/a Linda J. Aungst | : | |
| 216 Sylvania Avenue | : | |
| Folsom, PA 19033 | : | Case Number 21-13027-amc |

### **CONSENT ORDER**

The relief set forth on the following page is hereby ORDERED.

Dated: _____                 _____
                                                               Honorable Ashely M. Chan United
                                                               States Bankruptcy Judgment

**Date: April 1, 2022**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| Linda J. Pisano<br>a/k/a Linda J. Aungst<br>216 Sylvania Avenue<br>Folsom, PA 19033 | Chapter 13<br><br>Case Number 21-13027-amc |

## CONSENT ORDER

Creditor, Sun East Federal Credit Union, and Debtor, Linda J. Pisano a/k/a Linda J. Aungst, hereby agree to the following:

ORDERED that the creditor herein is allowed to file a Proof of Claim within thirty (30) days from the date that said Order has been filed and same shall be considered timely; and

It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.

HEREBY AGREED AND CONSENTED TO BY:

_____           _____
GREGORY J. ALLARD, ESQUIRE           BRAD SADEK, ESQUIRE
Attorney for Sun East Federal Credit Union    Attorney for Debtor

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Linda J. Pisano | : | Chapter 13 |
| a/k/a Linda J. Aungst | : | |
| 216 Sylvania Avenue | : | |
| Folsom, PA 19033 | : | Case Number 21-13027-amc |

**APPLICATION TO FILE A LATE PROOF OF CLAIM**

I, Gregory J. Allard, Esquire, represent Sun East Federal Credit Union, Creditor in the above-captioned matter.

Sun East Federal Credit Union extended credit to the debtor in the form of a MasterCard account. Debtor filed bankruptcy on November 8, 2021. The deadline for filing a Proof of Claim was January 18, 2022. The creditor, Sun East Federal Credit Union, missed the deadline to file a Proof of Claim.

The parties herein have consented to allow the Creditor, Sun East Federal Credit Union, to file a Late Proof of Claim and have submitted a Consent Order to the Court.

I certify under penalty of perjury that the foregoing statements are true.

WATSON & ALLARD, PC

BY:  /s/ Gregory J. Allard
     Gregory J. Allard, Esquire
     Attorney for Sun East Federal Credit Union