United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Linda J. Pisano  
    Debtor

Case No. 21-13027-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Apr 08, 2022      Form ID: 152      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda J. Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648701 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14653467 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14680462 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esq, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14662709 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14648724 | + | Ridley School District, c/o Kevin J Jennings, CPA, Tax Collector, Twp of Ridley, Municipal Building, 100 E Macdade Boulevard, Folsom, PA 19033-2511 |
| 14648725 | + | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14680308 | + | Stephen Vincent Bottiglieri, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14648731 | | Sun East Federal Cr Un, Duttons Mill &, Aston, PA 19014 |
| 14680459 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |
| 14648736 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14662154 | + | Township of Ridley, P.O.Box 42984, Philadelphia, Philadelphia, PA 19101-2984 |
| 14648738 | | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Apr 08 2022 23:58:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:20 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655963 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 23:59:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14648700 | + | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 23:59:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14648701 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 21-13027-amc   Doc 29   Filed 04/10/22   Entered 04/11/22 00:26:12   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 152 | Total Noticed: 54 |

| ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| 14648705 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 08 2022 23:58:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14655816 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 08 2022 23:59:27 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 14648706 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:59:12 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14648711 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 08 2022 23:59:13 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 14648712 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:58:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14660894 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:59:13 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14648713 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:59:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14648714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:59:13 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14648716 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 23:59:20 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14648715 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 23:58:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14648720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:58:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14680302 | + | Email/Text: duffyk@co.delaware.pa.us | Apr 08 2022 23:59:13 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14652424 | | Email/Text: mrdiscen@discover.com | Apr 08 2022 23:58:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 14648717 | + | Email/Text: mrdiscen@discover.com | Apr 08 2022 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14648707 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2022 23:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14652244 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 08 2022 23:59:20 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14660290 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 08 2022 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14648719 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 08 2022 23:58:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14660900 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:58:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14648702 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 08 2022 23:59:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14648704 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 08 2022 23:58:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 14658664 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 08 2022 23:58:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 14648722 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 08 2022 23:58:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| | | | Apr 08 2022 23:58:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 14648721 | + | Email/Text: paparalegals@pandf.us | Apr 08 2022 23:58:00 | Patenaude & Felix A.P.C, 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |
| 14650798 | | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2022 23:58:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14658562 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:13 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14648732 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:28 | Syncb/walmart, Po Box 965060, Orlando, FL 32896-5060 |
| 14648901 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14648733 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:28 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14648734 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:28 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14648735 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14648736 | + | Email/Text: bncmail@w-legal.com | Apr 08 2022 23:58:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14661376 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 08 2022 23:58:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14648737 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 08 2022 23:58:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14648718 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14648708 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14648709 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14648710 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14652769 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14652770 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14648703 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 14662063 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14648723 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14648726 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648727 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648728 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648729 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648730 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 08, 2022 | Form ID: 152 | Total Noticed: 54

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Linda J. Pisano brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| GREGORY J. ALLARD | on behalf of Sun East Federal Credit Union gregory.allard@watsonandallard.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Linda J. Pisano
    Debtor(s)

Case No: 21−13027−amc

Chapter: 13

_____

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 5/24/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

28 − 19
Form 152