United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-13027-amc
Linda J. Pisano     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Aug 09, 2022     Form ID: 155     Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda J. Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14653467 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14680462 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esq, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14662709 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14648724 | + | Ridley School District, c/o Kevin J Jennings, CPA, Tax Collector, Twp of Ridley, Municipal Building, 100 E Macdade Boulevard, Folsom, PA 19033-2511 |
| 14648725 | + | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14680308 | + | Stephen Vincent Bottiglieri, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14648731 | | Sun East Federal Cr Un, Duttons Mill &, Aston, PA 19014 |
| 14680459 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |
| 14662154 | + | Township of Ridley, P.O.Box 42984, Philadelphia, Philadelphia, PA 19101-2984 |
| 14648738 | | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14655963 | | Email/PDF: bncnotices@becket-lee.com | Aug 09 2022 23:48:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14648700 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2022 23:58:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14648701 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2022 23:49:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14648705 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 09 2022 23:48:15 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 14655816 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 09 2022 23:58:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14648706 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:45 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 14648711 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 09 2022 23:49:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14648712 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:45 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14660894 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14648713 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:49 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14648714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:49 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St |

Case 21-13027-amc    Doc 41    Filed 08/11/22    Entered 08/12/22 00:29:25    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 155 | Total Noticed: 48 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0034 |
| 14648716 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 09 2022 23:49:00 | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14648715 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 09 2022 23:49:00 | | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14648720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Aug 09 2022 23:58:55 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14680302 | + | Email/Text: duffyk@co.delaware.pa.us Aug 09 2022 23:49:00 | | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 14652424 | | Email/Text: mrdiscen@discover.com Aug 09 2022 23:49:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14648717 | + | Email/Text: mrdiscen@discover.com Aug 09 2022 23:49:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14648707 | | Email/PDF: ais.chase.ebn@aisinfo.com Aug 09 2022 23:58:42 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14652244 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Aug 09 2022 23:49:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14660290 | + | Email/Text: PBNCNotifications@peritusservices.com Aug 09 2022 23:49:00 | | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14648719 | + | Email/Text: PBNCNotifications@peritusservices.com Aug 09 2022 23:49:00 | | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14660900 | | Email/PDF: resurgentbknotifications@resurgent.com Aug 09 2022 23:58:54 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14658664 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 09 2022 23:49:00 | | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14648722 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 09 2022 23:49:00 | | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14648702 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 09 2022 23:49:00 | | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 14648704 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 09 2022 23:49:00 | | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 14648721 | + | Email/Text: paparalegals@pandf.us Aug 09 2022 23:49:00 | | Patenaude & Felix A.P.C, 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |
| 14650798 | | Email/Text: bnc-quantum@quantum3group.com Aug 09 2022 23:49:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14658562 | | Email/PDF: resurgentbknotifications@resurgent.com Aug 09 2022 23:58:44 | | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14648732 | + | Email/PDF: gecsedi@recoverycorp.com Aug 09 2022 23:48:15 | | Syncb/walmart, Po Box 965060, Orlando, FL 32896-5060 |
| 14648901 | + | Email/PDF: gecsedi@recoverycorp.com Aug 09 2022 23:48:15 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14648733 | + | Email/PDF: gecsedi@recoverycorp.com Aug 09 2022 23:58:48 | | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14648734 | + | Email/PDF: gecsedi@recoverycorp.com Aug 09 2022 23:58:48 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14648735 | + | Email/PDF: gecsedi@recoverycorp.com Aug 09 2022 23:48:15 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po |

Case 21-13027-amc   Doc 41   Filed 08/11/22   Entered 08/12/22 00:29:25   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 155 | Total Noticed: 48 |

| 14648736 | + Email/Text: bncmail@w-legal.com | Aug 09 2022 23:49:00 | Box 965060, Orlando, FL 32896-5060<br>Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14661376 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 09 2022 23:49:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14648737 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 09 2022 23:49:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14648718 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14648708 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14648709 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14648710 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14652769 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14652770 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14662063 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14648723 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14648703 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 14648726 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648727 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648728 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648729 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |
| 14648730 | *+ | Stephen M Pisano, 216 Sylvania Avenue, Folsom, PA 19033-1910 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 155 | Total Noticed: 48 |

    on behalf of Debtor Linda J. Pisano brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

GREGORY J. ALLARD
    on behalf of Sun East Federal Credit Union gregory.allard@watsonandallard.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

Case 21-13027-amc    Doc 41    Filed 08/11/22    Entered 08/12/22 00:29:25    Desc Imaged
Certificate of Notice    Page 4 of 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Linda J. Pisano
     Debtor(s)                                                Chapter: 13

                                                                  Bankruptcy No: 21−13027−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 9, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                         Ashely M. Chan
                                                         Judge ,
                                                         United States Bankruptcy Court

                                                                                       40 − 13
                                                                                       Form 155